RANDY OYAMA, #5767
Attorney at Law
888 Mililani Street, PH 2
Honolulu, Hawaii 96813
Telephone: (808)521-9840

Attorney for Defendant
NELSON KIYOTA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at \_\_\_ o'clock and \_\_\_ min \_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325-06 HG |
| Plaintiff, | ) ) | DEFENDANT NELSON KIYOTA'S |
| vs. | ) ) | SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| NELSON KIYOTA (06), | ) ) | Sentencing Date: March 23, 2006 |
| Defendant. | ) ) ) ) | The Honorable Helen Gillmor, Chief U.S. District Judge |

**DEFENDANT NELSON KIYOTA'S SENTENCING STATEMENT**

Defendant NELSON KIYOTA, by and through counsel, Randy Oyama, Esq., hereby submits his Sentencing Statement pursuant to the Order of this Court regarding Sentencing Guidelines, the Notice of Attorneys dated December 1, 2005, and Rule 32 of the Federal Rules of Criminal Procedure.

I.    FACTUAL INFORMATION.

Defendant Nelson Kiyota, and his undersigned counsel have adequately reviewed the factual information contained in the Presentence Investigation Report prepared on February 7, 2006, and have no objections.

II.	SENTENCING CLASSIFICATION/GUIDELINE/RESTITUTION RANGES

Defendant Nelson Kiyota, does not object to the sentencing classification/guideline ranges set forth in the aforementioned Proposed Presentence Report and reserves the right to request a downward departure.

DATED: Honolulu, Hawai'i, FEB 2 3 2006                    .

_____
RANDY OYAMA
Attorney for Defendant
NELSON KIYOTA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant Nelson Kiyota's Sentencing Statement will be served upon the following party(ies) upon the filing hereof by:

[X]  Hand-Delivery,  or  [ ] U.S. mail:

CHRIS A. THOMAS, ESQ.
ASSISTANT U.S. ATTORNEY
RM. 6-100, Box 50183
Honolulu, Hawaii 96850

ROSANNE T. DONOHOE
United States Probation Officer
300 Ala Moana Blvd., Room C-110
P. O. Box 50111
Honolulu, Hawaii 96850-0001

DATED: Honolulu, Hawaii, FEB 23 2006     .

RANDY OYAMA
Attorney for Defendant
NELSON KIYOTA