# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/4/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR05-00325HG

CASE NAME:      USA v. (06) Nelson Kiyota

ATTYS FOR PLA:  Susan Cushman for Chris Thomas

ATTYS FOR DEFT: (06) Randall Oyama

INTERPRETER:

JUDGE:   Kevin S. C. Chang        REPORTER:   FTR C5

DATE:    5/4/2006                 TIME:       11:03-11:06:02am

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not be revoked as to Defendant (06) Nelson Kiyota - defendant present, in custody.

Defendant admits to the violations.  The court finds that defendant is in violation of the terms and conditions of his pretrial release.

Defendant's bail is revoked and defendant is remanded to the custody of the USMS for transport to Terminal Island in accordance with Judge Gillmor's 3/23/06 sentence

Submitted by: Shari Afuso, Courtroom Manager