PS 10
(8/88)

1052707

# United States District Court
## for the
## District of Hawaii

U.S.A. vs Nelson Kiyota                    Docket No. 05-00325HG-06

TO: ¹Any United States Marshal or any other authorized officer

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. ||||
| NAME OF DEFENDANT<br>Nelson Kiyota | SEX<br>Male | RACE<br>Asian | AGE<br>47 |
| ADDRESS(STREET, CITY, STATE) ||||
| TO BE BROUGHT BEFORE<br>U.S. District Court - Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard, Room 7-222<br>Honolulu, HI 96850-7222 ||||
| CLERK<br>Sue Beitia | (BY) DEPUTY CLERK | DATE<br>4/24/06 ||

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 0 5 2006
at __ o'clock and __ min. __M
SUE BEITIA, CLERK

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>4-24-06 | DATE EXECUTED<br>5-2-06 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>2329 ALUAPUHI ST.<br>HILO HAWAII |||
| NAME<br>GLENN D. FERREIRA | (BY) | DATE<br>5/2/06 |

U.S. MARSHAL'S SERVICE
HONOLULU, HI
MAY 2007 AM 10:13
RECEIVED

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."