U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

September 1, 2006        CORRESPONDENCE

The Honorable Helen Gillmor
Chief Judge of the U.S. District Court
  for the District of Hawaii
Prince Kuhio Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 1 1 2006
DISTRICT OF HAWAII

**Re:  KIYOTA, Nelson**
      Reg. No. 92388-022
      Docket No. 1:05CR00325-006

Dear Chief Judge Gillmor:

   This is in response to the Court's recommendation that Nelson Kiyota serve his term of confinement at the Federal Correctional Institution (FCI) in Sheridan, Oregon. Mr. Kiyota was sentenced in your court to a 120-month term for Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine and Unlawful User of a Controlled Substance in Possession of a Firearm.

   Unfortunately, we were unable to follow the Court's recommendation. Mr. Kiyota has been classified as a low security level offender. The facility recommended by the Court houses minimum and medium security level offenders. Accordingly, Mr. Kiyota has been designated to the low security level facility in Taft, California.

   Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                               Sincerely,

                               Rebecca Tamez
                               Chief

mbp
cc:  Warden, Taft CI