IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO.  05-00325 HG-06 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| NELSON KIYOTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING GOVERNMENT'S RULE 35
MOTION FOR REDUCTION OF SENTENCE**

On August 4, 2005, Defendant Nelson Kiyota was charged in an Indictment with: in Count 1, conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 846; in Counts 2, 4, and 7, possession with intent to distribute five grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); in Count 5, user of a controlled substance in possession of a firearm in violation of 18 U.S.C. § 922(g)(3); and in Count 12, unlawful use of a communications facility in violation of 21 U.S.C. § 843(b).

On November 30, 2005, Defendant pled guilty to Counts 1 and 5 of the Indictment.

On March 23, 2006, the Court imposed a sentence of 120 months imprisonment as to each Counts 1 and 5, the terms to be served concurrently.  The Court dismissed the remaining Counts against Defendant pursuant to a plea agreement.  The Court also

sentenced Defendant to five years supervised release as to Count 1 and three years supervised release as to Count 5, the terms to be served concurrently. The Court also ordered him to pay a special assessment of $200.

On March 23, 2007, the Government filed a Motion for Reduction of Sentence Pursuant to Rule 35 (Doc. 252, "Rule 35(b) Motion").

The Government contends in the Rule 35(b) motion that Defendant's post-sentence cooperation warrants reduction of his sentence. The Government recommends that the Court depart downward within the advisory guideline range for an offense level 28, criminal history category I, with a range of 78 to 97 months. The Government recommends that the Court reduce Defendant's sentence to 78 months.

After reviewing the information provided by the Government, the Court GRANTS the Government's motion to reduce Defendant's sentence. Defendant's sentence is reduced to a term of 78 months, as to each of Counts 1, and 5, to be served concurrently.

## **STANDARD OF REVIEW**

Federal Rule of Criminal Procedure 35(b)(1) provides:

> Upon the government's motion made within one year of sentencing, the court may reduce a sentence if:
>
> (A) the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person; and
>
> (B) reducing the sentence accords with the Sentencing

Commission's guidelines and policy statements.

A Rule 35 motion is essentially a plea for leniency and is addressed to the sound discretion of the district court. <u>United States v. Smith</u>, 964 F.2d 885, 887 (9th Cir. 1992).

## **ANALYSIS**

The Court finds that the Defendant substantially assisted the Government in the investigation and prosecution of criminal activity. Defendant is entitled to a reduction of his sentence pursuant to Rule 35(b)(1)(A).

At sentencing, Defendant received a sentence at the low-end of the advisory guideline range. His total offense level of 31 and criminal history category I resulted in an advisory guideline range of 120 to 135 months imprisonment. Defendant received a 120-month sentence. Defendant did not receive an adjustment to the advisory guideline range at sentencing for his assistance because at the time, his cooperation was incomplete.

Based on the nature of Defendant's cooperation, the Court finds that a sentence reduction of 42 months from 120 months, to 78 months imprisonment, as to Counts 1, and 5, to be served concurrently, is reasonable given the factors the Court considers in fashioning a sentence pursuant to 18 U.S.C. § 3553.

## **CONCLUSION**

In accordance with the foregoing, the Court GRANTS the Government's motion for reduction of sentence for substantial

assistance, and reduces the Defendant's sentence of 120 months to 78 months, as Count 1 and 5, to be served concurrently.  All the other aspects of the sentence remain unchanged.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawaii, April 9, 2007.



    /S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge

_____
Crim. No. 05-00325 HG-06; United States v. Nelson Kiyota; ORDER GRANTING GOVERNMENT'S RULE 35 MOTION FOR REDUCTION OF SENTENCE